# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>RYAN MILTON et al.,<br><br>                    Defendant(s). | CASE NO. 2:23−cv−01936−KKE<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Kymberly K. Evanson, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−01936−KKE and bear the Judge's name in the upper right hand corner of the document.

DATED December 29, 2023

                                      Ravi Subramanian
                                      Clerk of Court

                                      By:  /s/ Kelly A Miller
                                              Deputy Clerk