# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br>　　　　　Plaintiff(s),<br>v.<br>RYAN MILLER et al,<br>　　　　　Defendant(s). | CASE NO. C23-1936-KKE<br><br>ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING SCHEDULE |

This matter comes before the Court on the Parties' stipulated motion regarding the briefing schedule for Defendants' motion to dismiss. Dkt. No. 39. The Court GRANTS the stipulated motion and orders the following briefing schedule:

January 18, 2024: Defendants to file their renewed motion to dismiss

February 15, 2024: Plaintiff to file its response to the motion to dismiss

February 27, 2024: Defendants to file their reply

This schedule will replace the briefing schedule provided in Local Civil Rule 7(d)(3). The Parties are expected to follow all other Local Civil Rules.

Dated this 2nd day of January, 2024.

Kymberly K. Evanson
United States District Judge