THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN MILLER, an individual; and RAVENSBURGER NORTH AMERICA, INC., a Washington corporation,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01936<br><br>**ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR RESPONSIVE PLEADINGS** |

Defendants Ryan Miller and Ravensburger North America, Inc. ("**Ravensburger**") (collectively, "**Defendants**") together with Plaintiff The Upper Deck Company ("**Upper Deck**") (together with Defendants, "**the Parties**") stipulate and agree as follows and request that the Court enter an order consistent with the following:

　　1.　On July 31, 2023, Upper Deck filed its First Amended Complaint ("**FAC**").

　　2.　On December 14, 2024, Defendants' motion to transfer venue (Dkt. 20) was granted and this case was transferred from the Southern District of California to the Western District of Washington. Dkt. 29.

　　3.　On January 18, 2024, Defendants filed their Motion to Dismiss. Dkt. 46.

STIPULATED MOTION – 1
(NO. 2:23-CV-01936)

168747533.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. On August 16, 2024, the Court granted in part, and denied in part, Defendants' Motion to Dismiss. Dkt. 58. The Court Ordered that if Plaintiff intended to amend its FAC, it must do so by September 13, 2024. *Id.*

5. The Parties conferred and agreed on a schedule for Defendants' responsive pleading as follows: Defendants will file their responsive pleading by September 16, 2024, or if Upper Deck amends its FAC pursuant to the Court's August 16 Order, by fourteen (14) days after the amended complaint is filed.

6. The Parties respectfully request that the Court enter the Parties' stipulated pleading schedule.

Dated: August 27, 2024

By: s/ *David. A Perez*

David A. Perez, WSBA #43959
Christian Marcelo, WSBA #51193
Heath Hyatt, WSBA #54141
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
DPerez@perkinscoie.com
CMarcelo@perkinscoie.com
HHyatt@perkinscoie.com

Alisha C. Burgin (*pro hac vice* pending)
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.788.9900
ABurgin@perkinscoie.com

Torryn T. Rodgers (*pro hac vice* pending)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
TRodgers@perkinscoie.com

*Attorneys for Defendants Ryan Miller and Ravensburger North America, Inc.*

By: s/ *Jordan Celcastro*

Shaun Markley
Craig M. Nicholas
Jordan Belcastro
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: 619.325.0492
cnicholas@nicholaslaw.com
smarkley@nicholaslaw.com
jbelcastro@nichoslaw.com

*Attorneys for Plaintiff The Upper Deck Company*

ORDER – 3
(No. 2:23-cv-01936)

168747533.2

**ORDER**

The stipulation (Dkt. No. 60) is GRANTED.  IT IS SO ORDERED.

DATED August 27, 2024

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER – 4
(NO. 2:23-CV-01936)

168747533.2