THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MILLER, an individual; and RAVENSBURGER NORTH AMERICA, INC., a Washington corporation,<br><br>Defendants. | No. 2:23-cv-01936<br><br>**STIPULATED MOTION AND ORDER REGARDING EXPERT DISCOVERY DEADLINE** |

Defendants Ryan Miller and Ravensburger North America, Inc. ("**Ravensburger**") (collectively, "**Defendants**") together with Plaintiff The Upper Deck Company ("**Upper Deck**") (together with Defendants, "**the Parties**") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. Under the current pretrial schedule, the disclosure of expert testimony under FRCP 26(a)(2) is due on April 14, 2025, Dkt. 67 at 1, with the disclosure of any expert rebuttal testimony due 30 days later, on May 14, 2025. Fed. R. Civ. P. 26(a)(2)(D)(ii).

2. The Parties conferred and, in order to complete certain depositions prior to the deadline, agreed to extend the deadline for the disclosure of expert testimony by fourteen days,

STIPULATED MOTION – 1
(No. 2:23-cv-01936)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 with initial expert disclosures due April 28, 2025 and any expert rebuttal disclosure due on May 28, 2025.[1]

3. Those depositions are to occur as follows unless otherwise agreed to by the parties: Bubby Johanson (both individual and corporate designee capacity) on April 17 and April 18; Mark Shaunessy (both individual and corporate designee capacity) on April 22 and April 23; and Jason Masherah (both individual and corporate designee capacity) on April 25.

4. The Parties respectfully request that the Court enter the Parties' stipulated schedule.

Dated: April 1, 2025

---

[1] Plaintiff reserves the right to seek additional time in the schedule depending on certain written discovery issues that are outstanding.

STIPULATED MOTION – 2
(No. 2:23-cv-01936)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  By: *s/ Christian Marcelo*                By: *s/ Beth Terrell*
2     David A. Perez, WSBA #43959         Shaun A. Markley
   Christian W. Marcelo, WSBA #51193     Craig M. Nicholas
3     Heath L. Hyatt, WSBA #54141        Jordan Belcastro
4     Raul P. Quintana, WSBA #62859      **NICHOLAS & TOMASEVIC, LLP**
   **PERKINS COIE LLP**               225 Broadway, 19th Floor
5     1201 Third Avenue, Suite 4900      San Diego, California 92101
   Seattle, Washington 98101-3099     Telephone: 619.325.0492
6     Telephone: 206.359.8000            cnicholas@nicholaslaw.com
   DPerez@perkinscoie.com             smarkley@nicholaslaw.com
7     CMarcelo@perkinscoie.com           jbelcastro@nichoslaw.com
   HHyatt@perkinscoie.com
8     RQuintana@perkinscoie.com
                                      Seth Michael Dawson
9     Alisha C. Burgin                   Beth E. Terrell
10    **PERKINS COIE LLP**               **TERRELL MARSHALL LAW GROUP PLLC**
   1888 Century Park East, Suite 1700
11    Los Angeles, California 90067      936 N 34th St, Ste 300
   Telephone: 310.788.9900            Seattle, WA 98103-8869
12    ABurgin@perkinscoie.com            206-816-6603
                                      sdawson@terrellmarshall.com
13    Torryn T. Rodgers                  bterrell@terrellmarshall.com
   **PERKINS COIE LLP**
14    505 Howard Street, Suite 1000      *Attorneys for Plaintiff The Upper Deck Company*
   San Francisco, California 94105
15    Telephone: 415.344.7000
   TRodgers@perkinscoie.com
16
   *Attorneys for Defendants Ryan Miller and*
17    *Ravensburger North America, Inc.*

STIPULATED MOTION – 3
(No. 2:23-cv-01936)

## ORDER

IT IS SO ORDERED.

DATED April 2, 2025

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

**PRESENTED BY:**

By: *s/ Christian Marcelo*
    David A. Perez, WSBA #43959
    Christian W. Marcelo, WSBA #51193
    Heath L. Hyatt, WSBA #54141
    Raul P. Quintana, WSBA #62859
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
DPerez@perkinscoie.com
CMarcelo@perkinscoie.com
HHyatt@perkinscoie.com
RQuintana@perkinscoie.com

Alisha C. Burgin (*pro hac vice* pending)
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.788.9900
ABurgin@perkinscoie.com

Torryn T. Rodgers (*pro hac vice* pending)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
TRodgers@perkinscoie.com

*Attorneys for Defendants Ryan Miller and Ravensburger North America, Inc.*

By: *s/ Beth Terrell*
    Shaun A. Markley
    Craig M. Nicholas
    Jordan Belcastro
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: 619.325.0492
cnicholas@nicholaslaw.com
smarkley@nicholaslaw.com
jbelcastro@nichoslaw.com

Seth Michael Dawson
Beth E. Terrell
**TERRELL MARSHALL LAW GROUP PLLC**
936 N 34th St, Ste 300
Seattle, WA 98103-8869
206-816-6603
sdawson@terrellmarshall.com
bterrell@terrellmarshall.com

*Attorneys for Plaintiff The Upper Deck Company*

ORDER – 4
(No. 2:23-cv-01936)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000