UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>               Plaintiff,<br>   v.<br><br>RYAN MILLER et al.,<br><br>              Defendants. | CASE NO. C23-1936-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DEADLINES |

Having reviewed the parties' Stipulation (Dkt. No. 89) and finding GOOD CAUSE for the requested extension for the disclosure of expert testimony under FRCP 26(a)(2), the Court HEREBY ORDERS that the disclosure of expert testimony and expert rebuttal testimony is hereby extended until May 12, 2025 and June 4, 2025, respectively.

Dated this 23rd day of April, 2025.

_____
Kymberly K. Evanson
United States District Judge