UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br>　　　　　Plaintiff,<br>　　v.<br><br>RYAN MILLER et al.,<br>　　　　　Defendants. | CASE NO. C23-1936-KKE<br><br>ORDER DENYING STIPULATED MOTION FOR RELIEF FROM DEADLINE |

　　　　This matter comes before the Court on the parties' stipulated motion for relief from deadline. Dkt. No. 105. The parties seek to extend the dispositive motion briefing schedule such that the motion(s) will be fully briefed on August 25, 2025. *Id.* at 1. This extension does not give the Court sufficient time to consider and resolve dispositive motions before the November 10, 2025 trial date. *See* Dkt. No. 91 at 6 (dispositive motions must be noted for consideration no later than 28 days after the dispositive motion deadline).

　　　　The Court DENIES the motion. Dkt. No. 105. To the extent the parties want an extended briefing schedule, they either must file the dispositive motions before the dispositive motion deadline so that they are fully briefed on or before August 12, 2025, or they may move to continue the trial date.

　　　　Dated this 8th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　United States District Judge