UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, <br><br> Plaintiff(s), <br><br> v. <br><br> RYAN MILLER, et al., <br><br> Defendant(s). | CASE NO. C23-1936-KKE <br><br> ORDER FOR CLARIFICATION ON DEFENDANTS' SEALING REQUEST |

Defendants request redactions of "four sentences" dealing with "[e]mployee compensation terms" in Exhibit 23 of the Declaration of Shaun Markley (Dkt. No. 150), which is presently filed under seal. Dkt. No. 169 at 5. It is unclear which four sentences Defendants seek to redact. Defendants shall file a version of Exhibit 23 with their proposed redactions by September 19, 2025.

Dated this 17th day of September, 2025.

Kymberly K. Evanson
United States District Judge