UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>    Plaintiff(s),<br> v.<br><br>RYAN MILTON,<br><br>    Defendant(s). | CASE NO. C23-1936-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR MOTIONS IN LIMINE |

  The parties stipulated to a continuance of the briefing schedule for motions in limine. Dkt. No. 185. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the deadline for motions in limine. The current deadline for motions in limine (Dkt. No. 67 at 2) is VACATED. The parties shall file their motions in limine by October 8, 2025.

  Dated this 3rd day of October, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge