UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, | CASE NO. C23-1936-KKE |
| Plaintiff(s), | ORDER SETTING EXPEDITED BRIEFING SCHEDULE |
| v. | |
| RYAN MILTON, | |
| Defendant(s). | |

The Court is in receipt of Plaintiff The Upper Deck Company's motion to seal Exhibit D to Jordan Belcastro's declaration (Dkt. No. 190), motion to continue the trial date (Dkt. No. 193), and motion for leave to amend its complaint (Dkt. No. 195). Given the upcoming pre-trial deadlines and that trial is scheduled to begin in one month (*see* Dkt. No. 67), the Court finds that expedited consideration of the motions is appropriate.

To the extent Defendants wish to respond to the pending motions in writing, any responses shall be filed on or before October 15, 2025. No replies will be filed. The Courtroom Deputy is directed to contact the parties to schedule a remote hearing on the pending motions for October 16, 2025.

ORDER SETTING EXPEDITED BRIEFING SCHEDULE - 1

All other deadlines set by the scheduling order entered on October 9, 2024 remain in effect. *See* Dkt. No. 67.

Dated this 10th day of October, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge