UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>                  Plaintiff(s),<br><br>  v.<br><br>RYAN MILTON,<br><br>                  Defendant(s). | CASE NO. C23-1936-KKE<br><br>ORDER DENYING MOTIONS TO CONTINUE AND TO AMEND THE COMPLAINT |

Before the Court are Plaintiff The Upper Deck Company's ("Upper Deck") motion to continue the trial date and for supplemental briefing (Dkt. No. 193) and motion for leave to amend the complaint (Dkt. No. 195). The Court held a hearing on both motions on October 15, 2025. For the reasons stated on the record, Upper Deck's motions (Dkt. Nos. 193, 195) are DENIED.

Dated this 15th day of October, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTIONS TO CONTINUE AND TO AMEND THE COMPLAINT - 1