UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, | CASE NO. C23-1936-KKE |
| Plaintiff(s), | ORDER DENYING MOTION TO SEAL |
| v. | |
| RYAN MILTON, | |
| Defendant(s). | |

Pending before the Court is Plaintiff The Upper Deck Company's ("Upper Deck") motion to seal Exhibit D of Jordan Belcastro's declaration in support of its motions in limine (Dkt. No. 191). Dkt. No. 190. The motion is now ripe for consideration given the Court's previous order on expedited briefing. *See* Dkt. No. 197. Under the local rules of this District, a party filing a motion to seal is required to provide "[a] certification that the party has met and conferred with all other parties in an attempt to reach agreement on the need to file the document under seal." Local Rules W.D. Wash. LCR 5(g)(3)(A). If the court denies a motion to seal, the Clerk will unseal the document unless the Court orders otherwise or a party requests that the Court withdraw the document rather than unseal it. LCR 5(g)(6). Upper Deck has not requested to withdraw any documents if the motion to seal is denied—to the contrary, Upper Deck moves to file Exhibit D under seal, or, in the alternative "in open court." *See* Dkt. No. 190 at 2.

ORDER DENYING MOTION TO SEAL - 1

Plaintiff failed to include the meet and confer certification required under Local Rule 5(g)(3)(A). *See* Dkt. Nos. 190, 196 at 2 (Defendant Miller stating that Upper Deck never conferred with him about the motion).

Thus, the motion to seal is DENIED. The Clerk of Court is directed to unseal Exhibit D (Dkt. No. 191) pursuant to LCR 5(g)(6).

Dated this 21st day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO SEAL - 2