UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>                Plaintiff(s),<br>   v.<br><br>RYAN MILTON,<br><br>                Defendant(s). | CASE NO. C23-1936-KKE<br><br>ORDER SETTING EXPEDITED BRIEFING SCHEDULE |

On October 21, 2025, Defendant Miller filed a motion to exclude Plaintiff's damages theory (Dkt. No. 209), which is currently noted for November 12, 2025. Given that trial is scheduled to begin on November 10, 2025 (Dkt. No. 67), the Court finds that expedited consideration of the motion is appropriate.

To the extent Plaintiff wishes to respond to the pending motion in writing, any responses shall be filed on or before October 27, 2025 at 12:00 pm. Defendant shall file his reply, if any, on or before October 28, 2025 at 5:00 pm. All other deadlines set by the scheduling order entered on October 9, 2024 remain in effect. *See* Dkt. No. 67.

Dated this 22nd day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER SETTING EXPEDITED BRIEFING SCHEDULE - 1