# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>　　　　　　　　　Plaintiff(s),<br>　v.<br><br>RYAN MILTON,<br><br>　　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C23-1936-KKE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Judgment is entered in favor of Plaintiff The Upper Deck Company against Defendant Ryan Miller in the sum of $39,000 in accordance with the accepted offer of judgment (Dkt. No. 215).

　　Dated October 23, 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk