UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>RYAN MILLER, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C23-1936-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND JUDGMENT AND EXTEND BRIEFING SCHEDULE |

　　　Now before the Court is the parties' stipulated motion to amend the judgment (Dkt. No. 216) and extend the briefing schedule on Defendants' motion for attorneys' fees (Dkt. No. 218) and motion for bill of costs (Dkt. No. 226). Dkt. No. 228. The Court GRANTS the parties' motion to amend the judgment and extend the briefing schedule. Plaintiff shall file its responses by November 28, 2025, and Defendants shall file their replies by December 12, 2025. The Clerk shall re-note both motions for December 12, 2025.

　　　Dated this 13th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND JUDGMENT AND EXTEND BRIEFING SCHEDULE - 1