# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| THE UPPER DECK COMPANY, a Nevada corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN MILLER, an individual; and RAVENSBURGER NORTH AMERICA, INC., a Washington corporation,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C23-1936-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Based on the Court's summary judgment order on October 3, 2025 (Dkt. 184), and the accepted offer of judgment on October 23, 2025 (Dkt. 215), it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. On its breach of contract claim against Ryan Miller, The Upper Deck Company is awarded judgment in the amount of $39,000 in accordance with the accepted offer of judgment (Dkt. 215).

2. The Upper Deck Company's claims for copyright infringement, fraudulent misrepresentation, fraudulent concealment, and unfair competition against Ryan Miller are dismissed with prejudice in accordance with the Court's order on summary judgment (Dkt. 184).

3.  The Upper Deck Company's claims for copyright infringement, conversion, and unfair competition against Ravensburger North America, Inc. are dismissed with prejudice in accordance with the Court's order on summary judgment (Dkt. 184).

Dated November 13, 2025.

Ravi Subramanian
Clerk of Court

/s/ Alejandro Pasaye Hernandez
Deputy Clerk